Case Name: PEARSON, ERIC C.
Case No:    07-72909

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 24, 2008            WILLIAM T. NEARY
                                United States Trustee, Region 11


                      BY:    */s/ Carole J. Ryczek*
                             CAROLE J. RYCZEK
                             Attorney for the U.S. Trustee