IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PEARSON, ERIC C.

CASE NO. 07-72909 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-3085

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

At:     U.S. BANKRUPTCY COURT
211 South Court Street, Room 115
Rockford, IL  61101

on:     July 28, 2008

at:     9:30 a.m.

2.     The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.     The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 734.23 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 587.50 | |

4.     The Trustee's Final Report shows total:

a. Receipts                                               $         2,936.90

b. Disbursements                                         $              0.00

c. Net Cash Available for Distribution          $         2,936.90

5.     In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,615.17, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $4,833.36, resulting in an approximate distribution of 33.42% to unsecured creditors.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    June 13, 2008              /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY
                                    6833 STALTER DRIVE
                                    ROCKFORD, IL  61108
                                    815/962-6611

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 5 2008

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3        User: jshores            Page 1 of 1           Date Rcvd: Jun 25, 2008
Case: 07-72909              Form ID: pdf002          Total Served: 14


The following entities were served by first class mail on Jun 27, 2008.
db         +Eric C. Pearson,    2812 19th Street,    Rockford, IL 61109-1406
aty        +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11781909   +America's Servicing Company,    7495 New Horizon Way,    Frederick, MD 21703-8388
11781910    Bank of Mauston,    PO Box 226,    Mauston, WI 53948-0226
11781911   +Bonded Collectors,    PO Box 83,    Portage, WI 53901-0083
11781913    HSBC Mortgage Services,    PO Box 5249,    Carol Stream, IL 60197-5249
11781914   +Juneau County Treasurer,    220 E State St,    Mauston, WI 53948-1388
11781915    Oakdale Electric Cooperative,    PO Box 128,    Oakdale, WI 54649-0128
11781916    Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0862
11781918    Sara Miller,    6012 Camden Dr,    Necedah, WI 54646

The following entities were served by electronic transmission on Jun 26, 2008.
11781912   +E-mail/Text: KARENS@GREATWISCONSINCU.ORG                         Cuna Credit Union,
             1799 Thierer Rd.,    Madison, WI 53704-3721
12073069   +E-mail/Text: KARENS@GREATWISCONSINCU.ORG                         Great Wisconsin Credit Union,
             2424 Rimrock Road,    Madison, WI 53713-2739
11781917    E-mail/PDF: amy.kara@rcu.org Jun 26 2008 05:31:49     Royal Credit Union,    PO Box 970,
             Eau Claire, WI 54702-0970
                                                                                   TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2008**                    **Signature:** _Joseph Speetjens_